758

No. 225. LONG v. BUSH, ACTING WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 311. S. J. GROVES & SONS Co. v. UNITED STATES. October 21, 1946. Petition for writ of certiorari to the Court of Claims denied. *O. R. McGuire* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Abraham J. Harris* for the United States.

No. 368. SIOUX TRIBE OF INDIANS v. UNITED STATES. October 21, 1946. Petition for writ of certiorari to the Court of Claims denied. *Ralph H. Case* and *James S. Y. Ivins* for petitioner. *Solicitor General McGrath* for the United States.

No. 439. WOOTTEN HOTEL CORP. v. NORTHERN ASSURANCE Co., LTD. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Joseph A. Ball* for petitioner. *Joseph S. Conwell* for respondent.

No. 449. ORDER OF RAILROAD TELEGRAPHERS ET AL. v. NEW ORLEANS, TEXAS & MEXICO RAILWAY Co. ET AL. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *R. Walston Chubb* for petitioners.